**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 24-10146 |
| THOMAS M. DUPUY, | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

**ORDER**

Before the Court is the *Application To Have the Chapter 7 Filing Fee Waived* (the "Application"), [ECF Doc. 3], filed by the Debtor.

**IT IS ORDERED** that the Application is **DISAPPROVED** because the Debtor's monthly income exceeds the monthly income ceiling pursuant to 28 U.S.C. § 1930 and, therefore, cannot qualify for a fee waiver. The Debtor may, however, file a motion to pay the filing fee in installments using Official Form 103A located by clicking the link labeled "Chapter 7 Form Packet," available at https://www.laeb.uscourts.gov/forms.

**IT IS FURTHER ORDERED** that the Applicant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 18, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE
