UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | BANKRUPTCY NO. |
| **Thomas M. Dupuy** | 24-10146 |
| DEBTOR(S) | SECTION "A" |
| | CHAPTER 7 |

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

Considering the debtor's application to pay filing fee in installments and the debtor having paid $0.00 with the filing of the petition,

**IT IS ORDERED** that the balance of the filing fee be paid as follows:

$74.00 on or before 4/5/2024; and
$88.00 on or before 4/12/2024; and
$88.00 on or before 4/26/2024; and
$88.00 on or before 5/10/2024.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

New Orleans, Louisiana, April 2, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE