**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | Case No. 24-10146 |
| Thomas M. Dupuy | § § | Section "A" |
| Debtor(s) | § § § § § | Chapter 7 |

**ORDER TO APPEAR AND SHOW CAUSE**

**IT IS ORDERED**, *sua sponte*, that Andrea M. Jeanmarie, Counsel for Debtor(s), and Thomas M. Dupuy, Debtor(s), appear and show cause before Judge Meredith S. Grabill, as to why this case should not be dismissed for failure to remit the balance of the filing fee in the amount of $264.00 due on 5/10/2024. The hearing will be held telephonically on **Wednesday, July 10, 2024 at 1:00 P.M.** Pursuant to this Court's General Order 2021-2, available at https://www.laeb.uscourts.gov/, parties may participate in the hearing by either:

a. Attending **IN PERSON** at U.S. Bankruptcy Court Eastern District of Louisiana 500 Poydras Street, Courtroom B-709, New Orleans Louisiana 70130; or

b. Participating by **Teleconference Line, 1-504-517-1385; Access Code 129611.**

New Orleans, Louisiana, June 10, 2024.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE